1  Michael G. Descalso [SBN 104354]
   **LAW OFFICES OF BEVERLY E. NARAYAN**
2  525 Market Street, Suite 2850
   San Francisco, CA  94105
3  (415) 227-2300
   Fax: (415) 227-2360
4  Email: mike.descalso@zurichna.com

5  Attorneys for Defendant
   REX MOORE ELECTRICAL CONTRACTORS &
6  ENGINEERS

7

8               UNITED STATES DISTRICT COURT

9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | TRAVELERS INDEMNITY COMPANY, | Case No.: C 13 1115 |
|---|---|---|
| 12 | Plaintiff, | **DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER** |
| 13 | vs. | |
| 14 | REX MOORE ELECTRICAL CONTRACTORS & ENGINEERS and DOES 1 through 20, inclusive, | |
| 15 | | |
| 16 | Defendants. | DATE:  October 15, 2013 TIME:  1:30 p.m. DEPT:  Magistrate Judge Kandis A. Westmore |
| 17 | | |
| 18 | | |

19       Pursuant to Civil L.R. 16-10(a) and the Magistrate's Standing Order *(Revised May 30, 2012)*

20  re:  Civil Case Management, counsel for defendant, REX MOORE ELECTRICAL CONTRACTORS

21  & ENGINEERS respectfully requests that he be allowed to appear telephonically at the Further Case

22  Management Conference of October 15, 2013.

23       Counsel is currently scheduled to commence trial on November 8, 2013, in the matter of *Castro*

24  *v. Segue*, Sonoma Superior Court Case No. SCV249483.  There is an expert deposition currently

25  scheduled in this matter on October 15, 2013, at 2:00 p.m. in the city of Walnut Creek.

26  / / /

27  / / /

28  / / /

-1-
REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE

Accordingly, if required to appear in person at the Further Case Management Conference, counsel would be precluded from appearing at the expert deposition.

DATED: October 1, 2013

LAW OFFICES OF BEVERLY E. NARAYAN

By: *[signature]*
Michael G. Descalso
Attorneys for Defendant, REX MOORE ELECTRICAL CONTRACTORS AND ENGINEERS

**IT IS HEREBY ORDERED** that Mr. Descalso shall set up Courtcall and dial into the Case Management Conference at 1:30 p.m.

DATED: 10/7/2013

By: *[signature]*
MAGISTRATE JUDGE KANDIS A. WESTMORE

*Travelers v. Rex Moore Electrical Contractors & Engineers*
Northern District Court Case No. C 13 1115

## DECLARATION OF SERVICE
[C.C.P. §§ 1013a AND 2015.5]

I, Gloria Loomis, declare: I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action. My business address is 525 Market Street, Suite 2850, San Francisco, CA 94105. On the date indicated below, I served, in the manner indicated below, the within:

**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE**

on the interested parties in said action [by placing true copies thereof, enclosed in a sealed envelope, addressed as] follows:

Daniel T. Schmaeling, Esq.
LAW OFFICE OF JOHN A. BIARD
11070 White Rock Road, Ste 200
Rancho Cordova, CA 95670
Tel: (916) 638-6610
Fax: (855) 631-5920
dschmael@travelers.com

Timothy Cary
Stutman Law
3230 E. Imperial Highway
Suite 312
Brea, CA 92821
caryt@stutmanlaw.com

__X__ *(By Regular __ Express Mail)* I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. mail at San Francisco, California.

__X__ (By Email) I caused such document to be transmitted by email to the addressee(s) above.

_____ *(By Personal Delivery)* I cause such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

_____ *(By Federal Express Overnight Delivery)* I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service; it is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **October 1, 2013**, at San Francisco, California.

_____
Gloria Loomis

MASTER PROOF OF SERVICE