AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

Travelers Indemnity Company
    Plaintiff (s),

V.

Rex Moore Electrical Contractors, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C13-01115 KAW

Notice is hereby given that, subject to approval by the court, **Travelers Indemnity Company** substitutes
                        (Party (s) Name)

**Timothy E. Cary**, State Bar No. **93608** as counsel of record in
(Name of New Attorney)

place of **Daniel T. Schmaeling, Law Offices of John A. Biard, 11070 White Rock Rd., Ste. 200, Rancho Cordova, CA**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Timothy E. Cary, Law Offices of Robert A. Stutman, P.C. |
| Address: | 3230 E. Imperial Highway, Suite 312, Brea, CA 92821 |
| Telephone: | (714) 572-9500    Facsimile (714) 572-9501 |
| E-Mail (Optional): | CaryT@Stutmanlaw.com |

I consent to the above substitution.
Date: 9/25/2013

Eric B. Peterson
(Signature of Party (s))

I consent to being substituted.
Date: 9/6/2013

Daniel T. Schmaeling, Esq.
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/19/13

(Signature of New Attorney)
Timothy E. Cary, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/7/13

Kandis Westmore
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]