IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, | CASE NO.:   C 13 1115 |
| Plaintiff, | |
| vs. | |
| REX MOORE ELECTRICAL CONTRACTORS & ENGINEERS, | **ORDER RE DISMISSAL** |
| Defendant. | |

**IT IS HEREBY ORDERED** that all claims of plaintiff TRAVELERS INDEMNITY COMPANY against defendant REX MOORE ELECTRICAL CONTRACTORS AND ENGINEERS in Case # C13-01115 KAW be **DISMISSED** *with prejudice*. Each party is to bear its own costs and attorney fees.

DATED: 3/5/14

*Kandis Westmore*
MAGISTRATE JUDGE KANDIS A. WESTMORE